1040

[Nos. 16638-4-III; 17068-3-III.   Division Three.   March 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EARNEST J. FINNIE, SR., *Appellant.*

*In the Matter of the Personal Restraint of* EARNEST J. FINNIE, SR., *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00073-5, Michael E. Donohue, J., entered April 28, 1997, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16690-2-III.   Division Three.   March 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN J. TRAINOR, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 95-1-00163-7, Richard W. Miller, J., entered June 2, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 16922-7-III.   Division Three.   March 16, 1999.]

WILLIAM COGO, ET AL., *Appellants*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-07949-5, Greg D. Sypolt, J., entered August 22, 1997. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.